**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Clinton D. Johnson                CHAPTER 13

             Debtor(s)                BKY. NO. 20-10397 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates and index same on the master mailing list.

                                           Respectfully submitted,
                                           **/s/ Rebecca A. Solarz Esquire**
                                             Rebecca A Solarz, Esquire
                                             Kevin G. McDonald, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322