**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: CLINTON D. JOHNSON | Chapter 13 |
| Debtor | Bankruptcy No. 20-10397-ELF |

\* \* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE

William C. Miller, chapter 13 standing trustee, has filed a Trustee's Motion to Dismiss with the court for the purpose of dismissing this Chapter 13 bankruptcy case for the reason(s) stated in the enclosed motion.

1. **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the Court to grant the relief sought in the Motion,** or if you want the Court to consider your views on the Motion, then on or before **<u>10/16/2020</u>, you or your attorney must file a response to the Motion.** (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **11/3/2020 1:00:00 PM in Courtroom #1 at U.S. Bankruptcy Court, Philadelphia 900 Market St.** Unless the court orders otherwise, the hearing on this contested matter will be an **<u>evidentiary hearing</u>**.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

    U.S. Bankruptcy Court
    900 Market St., Suite 400
    Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough to that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    William C. Miller, Esquire
    P.O. Box 1229
    Philadelphia, PA 19105
    Telephone: (215) 627-1377
    Facsimile: (215) 627-6299
    Email: ELF@ph13trustee.com

Date: 10/2/2020