# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10397-ELF

CLINTON D. JOHNSON

1706 NEWBOLD LANE

GLENSIDE, PA 19038-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CLINTON D. JOHNSON

  1706 NEWBOLD LANE

  GLENSIDE, PA 19038-

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

Date: 11/8/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee